

# NUMBER 13-22-00224-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellant,** |
| **v.** | |
| **MICHAEL ANTHONY VARGAS,** | **Appellee.** |

## On appeal from the County Court at Law No. 5 of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on appellant's motion to abate and remand and motion to dismiss. On June 17, 2022, appellant, the State of Texas, by and through its Criminal District Attorney, Honorable Luis V. Saenz, filed a motion to dismiss its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and

dismiss the appeal. Accordingly, appellant's motion to abate and remand is denied as moot, and the entire appeal is hereby dismissed.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
30th day of June, 2022.